U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

**JUL 1 8 2005**

ROBERT H. SHEMWELL, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

RICHARD J. HERNANDEZ                    CIVIL ACTION NO. 04-1306

VS.

COMMISSIONER OF THE SOCIAL          MAGISTRATE JUDGE METHVIN
SECURITY ADMINISTRATION             BY CONSENT OF THE PARTIES

## J U D G M E N T

For the reasons set forth in the Memorandum Ruling issued this date,

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

the Commissioner's decision is **REVERSED**, and Hernandez is awarded disability and SSI

benefits consistent with an onset date of September 30, 1999.[1]

Signed at Lafayette, Louisiana on July ___15___, 2005.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[1] This constitutes a "final judgment" that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).